UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-3941-TORRES

UNITED STATES OF AMERICA

v.

EVA KOLLAT,

                Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes  ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Dayron Silverio
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   112174
99 N.E. 4th Street
Miami, Florida 33132
Tel:    (305) 961-9009
Fax:   (305) 530-7976
Email:  Dayron.Silverio@usdoj.gov

AO 91 (Rev. 5/85) Criminal Complaint  AUSA SILVERIO

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

EVA KOLLAT,

**CRIMINAL COMPLAINT**

CASE NUMBER: 19-3941-TORRES

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 2, 2019, outside the jurisdiction of any particular State and district, with Miami-Dade County, in the Southern District of Florida, being the district in which the defendant was arrested, in a matter within the jurisdiction of the Department of Homeland Security, United States Customs and Border Protection, an agency of the executive branch of the United States Government, the defendant, EVA KOLLAT, did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a material fact, in that the defendant represented in an Electronic System for Travel Authorization application form (ESTA) provided to United States Customs and Border Protection that she had not stayed in the United States longer than an admission period granted by the United States government, when in truth and fact, and as the defendant then and well knew, she had previously overstayed an admission period granted by the United States government, in violation of Title 18, United States Code, Section 1001(a)(2).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about November 28, 2019, the defendant, EVA KOLLAT, arrived at Miami International Airport aboard Lufthansa Airlines flight #LH 4626 from Frankfurt, Germany. The defendant presented herself for primary inspection utilizing her unexpired Hungarian passport as a visitor for pleasure under the Visa Waiver Program. The defendant was referred to secondary screening for admissibility review. A records check revealed that the defendant had previously arrived to the United States on or about February 24, 2012, where she had been admitted under the Visa Waiver Program for a period of approximately 90 days. The defendant stayed in the United States beyond the admission period and did not depart until on or about January 4, 2017.

At the secondary screening administrative interview, under oath, CBP officers questioned the defendant about her most recent ESTA application #XR7WR773XR2T4TA4, which was submitted electronically on or about October 2, 2019. In response to question #8 of the ESTA application, which asked whether the defendant had ever stayed in the United States longer than the admission period granted to her by the United States government, the defendant answered "NO." During the administrative interview, the defendant admitted that she had overstayed the admission period for her February 24, 2012 trip, that she completed ESTA application #XR7WR773XR2T4TA4, and that her response to question #8 was false.

NARCISO S. FERNANDEZ
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

November 29, 2019                                at              Miami, Florida
Date                                                                         City and State

EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                           Signature of Judicial Officer